# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CHANGE OF PLEA IN  USA v. Eboni Grant

CRIMINAL NO. CR218-50   AT Brunswick, GA

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  Eboni Grant , HAVING

PREVIOUSLY ENTERED A PLEA OF Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF Guilty   TO Count One (1)

IN THE INDICTMENT.

THIS 29th DAY OF October, 2019.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
Eboni Grant   DEFENDANT

_____
COUNSEL FOR DEFENDANT
Juanita Holsey