# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-50**  DATE **02/07/2020**
TITLE **USA v. Eboni Grant**
TIMES **1:50 - 2:05**  TOTAL **15 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**  Interpreter :

Attorney for Government  Attorney for Defendant(s)  Defendant(s)
Frank Pennington  Juanita Holsey

PROCEEDINGS : **Sentencing**  ☑ In Court  ☐ In Chambers

Objections - None.
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and Therefore finds total Offense Level 12 / Criminal History III / Guideline 15-21 Months / 3 year supervised release / $5,500 - $1,000,000 fine / $100 special assessment / No fine / No minimum - maximum 20 years
Government 1:53 - 1:54 / Motion Granted / Defense 1:54 - 1:58 / Defendant 1:58-2:00
Court - BOP time served / 3 years supervised release / standard, special and mandatory conditions of release / no fine / $100 special assessment / no firearms or weapons / DNA sample / substance abuse testing and comply / participation in substance abuse treatment during first year of supervised release / educational services program to obtain GED / subject to searches / Counts 21 and 22 dismissed / appeal waiver.

(Rev 7/2003)  GENERAL CLERK'S MINUTES